IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CONNIE POSKEY | § | |
| v. | § | CIVIL ACTION NO. 9:08cv209 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Motion to Remand (document #5) be granted, that the case be remanded back to the 3rd Judicial District Court of Houston County, Texas, and that attorney's fees be awarded to Plaintiff in the amount of $1630 for actual attorney's fees incurred as a result of the improper removal. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion to Remand (document #5) is **GRANTED**. The case is hereby **REMANDED** to the 3rd Judicial District Court of Houston County, Texas. It is further

**ORDERED** that Defendant shall pay attorney's fees to Plaintiff in the amount of $1630 for actual attorney's fees incurred as a result of the improper removal.

So **ORDERED** and **SIGNED** this 6 day of **January, 2009.**

_____
Ron Clark, United States District Judge